# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jaimie Davis,

      Petitioner(s),

v.

WFP Securities Corp., et al.,

      Defendant(s).

Case No. 2:26-cv-00120-RFB-NJK

**Order**

Plaintiff has now paid the filing fee. Docket No. 8. The Clerk's Office is **INSTRUCTED** to file the complaint and proposed summonses. Docket No. 1-1. Service must be effectuated within 90 days of the issuance of this order. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: January 28, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1