# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jaimie Davis,

     Plaintiff,

v.

WFP Securities Corp., et al.,

     Defendant(s).

Case No. 2:26-cv-00120-RFB-NJK

**Order**

[Docket No. 6]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 6. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than February 24, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: February 3, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1