## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Jaimie Davis,

      Plaintiff(s),

v.

WFP Securities Corp., et al.,

      Defendant(s).

Case No. 2:26-cv-00120-RFB-NJK

**ORDER**

[Docket No. 13]

Pending before the Court is Plaintiff's motion to extend the time for service given his current efforts to obtain waivers of service. Docket No. 13.[1] The circumstances presented justify a short extension. *See* Fed. R. Civ. P. 4(m). Accordingly, the motion to extend is **GRANTED** and the service deadline is **EXTENDED** to May 29, 2026.

IT IS SO ORDERED.

Dated: April 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).